```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 07391
   DENNIS PATRICK ROBINSON
   KATHLEEN MARIE ROBINSON                      CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5341    SSN XXX-XX-3034

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/02/2005 and was confirmed 05/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  73.29%.

     The case was paid in full 12/18/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-----------------------------------------------------------------------
CHICAGO RIDGE SCHOOL DIS  UNSECURED         170.00           .00         143.77
COMMONWEALTH EDISON       UNSECURED         537.82           .00         454.90
CHRYSLER FINANCIAL SVC A  SECURED          8143.33        665.39        8143.33
CHRYSLER FINANCIAL SVC A  UNSECURED        4688.67           .00        3965.26
CHRYSLER FINANCIAL SVC A  SECURED         13445.62       1098.67       13445.62
CHRYSLER FINANCIAL SVC A  UNSECURED        2618.96           .00        2214.88
ILLINOIS DEPT OF REVENUE  PRIORITY             .00           .00             .00
INTERNAL REVENUE SERVICE  PRIORITY         5411.91           .00        5411.91
INTERNAL REVENUE SERVICE  UNSECURED        1668.50           .00        1411.07
ADVOCATE HEALTH CARE      UNSECURED      NOT FILED           .00             .00
ALEXIAN BROTHERS MED CEN  UNSECURED      NOT FILED           .00             .00
ALFRED CAMPONELI YMCA     UNSECURED      NOT FILED           .00             .00
AMERICAN ONLINE           UNSECURED      NOT FILED           .00             .00
ARDELEIGHT ELLIOTT        UNSECURED      NOT FILED           .00             .00
RMA                       UNSECURED      NOT FILED           .00             .00
RISK MANAGEMENT           NOTICE ONLY    NOT FILED           .00             .00
BARRINGTON FAMILY INSTIT  UNSECURED      NOT FILED           .00             .00
BFI WASTE SERVICES        UNSECURED      NOT FILED           .00             .00
BLAIR CREDIT SERVICES     UNSECURED      NOT FILED           .00             .00
UNIVERSAL FIDELITY CORP   NOTICE ONLY    NOT FILED           .00             .00
CAPTAL ONE                UNSECURED      NOT FILED           .00             .00
CHICAGO RIDGE SCHOOL DIS  UNSECURED      NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED          75.00           .00          63.43
COMCAST                   UNSECURED      NOT FILED           .00             .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED           .00             .00
NCO                       NOTICE ONLY    NOT FILED           .00             .00
COVENTRY MOTORS LTD       UNSECURED         195.04           .00         164.95
CUB FOODS                 UNSECURED      NOT FILED           .00             .00
CABRERA RAPHEN            NOTICE ONLY    NOT FILED           .00             .00
NAVY EXCHANGE SERVICE CO  UNSECURED         159.00           .00         134.47
DR EUGENE DECKER DDS      UNSECURED      NOT FILED           .00             .00
ELKS LODGE #2048          UNSECURED      NOT FILED           .00             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 07391 DENNIS PATRICK ROBINSON & KATHLEEN MARIE ROBINSON
```

```
FIRST CONSUMERS NB        UNSECURED         426.06              .00         360.32
INFISTAR                  NOTICE ONLY   NOT FILED               .00            .00
FBCS INC                  NOTICE ONLY   NOT FILED               .00            .00
FIRST CONSUMERS NB        UNSECURED         562.79              .00         475.96
INFISTAR                  NOTICE ONLY   NOT FILED               .00            .00
GMAC                      UNSECURED     NOT FILED               .00            .00
GOOD SHEPHERD HOSPITAL    UNSECURED     NOT FILED               .00            .00
ILLINOIS STATE HIGHWAY A  FILED LATE       6321.35              .00            .00
MCI                       UNSECURED     NOT FILED               .00            .00
VAN RU FINANCIAL          NOTICE ONLY   NOT FILED               .00            .00
MIDNIGHT VELVET           UNSECURED         539.07              .00         455.90
MERCHANTS CREDIT GUIDE C  NOTICE ONLY   NOT FILED               .00            .00
NICOR GAS                 UNSECURED         140.33              .00         118.68
OCWEN LOAN SERVICING LLC  UNSECURED     NOT FILED               .00            .00
PUBLIC STORAGE INC        UNSECURED     NOT FILED               .00            .00
REGENCY MEDICAL CENTER    UNSECURED     NOT FILED               .00            .00
AMERITECH                 UNSECURED     NOT FILED               .00            .00
ENCORE RECEIVABLES        NOTICE ONLY   NOT FILED               .00            .00
TCF BANK & SAVINGS        UNSECURED     NOT FILED               .00            .00
TCF NATIONAL BANK         NOTICE ONLY   NOT FILED               .00            .00
TCF BANK & SAVINGS        UNSECURED     NOT FILED               .00            .00
PROFFESSIONAL ACCOUNT MG  NOTICE ONLY   NOT FILED               .00            .00
TELECHECK SERVICES        UNSECURED     NOT FILED               .00            .00
VILLAGE OF SCHAUMBURG     UNSECURED     NOT FILED               .00            .00
WILLIAM HAYES & LYNN HAY  UNSECURED        1963.43              .00        1660.49
WALSH & DELAVAN           NOTICE ONLY   NOT FILED               .00            .00
WSCE INC                  UNSECURED     NOT FILED               .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        2330.15              .00        1970.63
ACC INTERNATIONAL         NOTICE ONLY   NOT FILED               .00            .00
THOMAS G MOFFITT          NOTICE ONLY   NOT FILED               .00            .00
GINNYS                    UNSECURED         429.02              .00         362.83
INTERNAL REVENUE SERVICE  SECURED NOT I       .00               .00            .00
PETER FRANCIS GERACI      DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                TRUSTEE                                         2,777.54
DEBTOR REFUND             REFUND                                            757.04
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 48,957.04

PRIORITY                                        5,411.91
SECURED                                        21,588.95
    INTEREST                                    1,764.06
UNSECURED                                      13,957.54
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            2,777.54
DEBTOR REFUND                                     757.04

                 PAGE  2 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 07391 DENNIS PATRICK ROBINSON & KATHLEEN MARIE ROBINSON

```
                              ---------------    ---------------
TOTALS                           48,957.04          48,957.04
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 03/11/09              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE